**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TYREE ROWE, | ) | NO. CV 11-3766-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRANCISCO J. QUINTANA, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

        DATED:  December 5, 2011.

                                    _____
                                         STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE